No. 73–1096.  NOVELLI *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–1115.  PRICE, DBA PRICE'S LIVESTOCK MARKETING CO. *v.* BRENNAN, SECRETARY OF LABOR.  C. A. 7th Cir.  Certiorari denied.

No. 73–1116.  LA GIOIA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–1135.  SAHLEY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–1205.  McGINNIS *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 73–1206.  VALENTI *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 73–1212.  DeANGELIS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 73–1238.  INTERNATIONAL ORGANIZATION OF MASTERS, MATES & PILOTS, INTERNATIONAL MARINE DIVISION, ILA, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 73–1250.  TANN ET AL. *v.* HUMPHREYS, ADMINISTRATOR.  C. A. 6th Cir.  Certiorari denied.

No. 73–1277.  RANDONO *v.* SHERIFF OF CLARK COUNTY.  Sup. Ct. Nev.  Certiorari denied.

No. 73–1317.  ROCHFORD ET AL. *v.* CONFEDERATION OF POLICE ET AL.  C. A. 7th Cir.  Certiorari denied.